# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LOREN NEYLAND

NO. 2023 KW 0811

**OCTOBER 10, 2023**

---

In Re:     Loren Neyland, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-23-03647.

---

BEFORE:   **McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED AS MOOT.** The records of the office of the Clerk of Court of East Baton Rouge Parish indicate that relator has been indicted for the charges at issue in his "motion for relief under La. Code Crim. P. art. 701." Therefore, a request for release under La. Code Crim. P. art. 701(B) is moot. See **State v. Varmall**, 539 So.2d 45 (La. 1989) (*per curiam*).

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT